# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **FRIEDE GOLDMAN HALTER, INC., et al.** | § | **CASE NO. 01-52173-KMS** |
| | § | |
| Debtors. | § | (Jointly Administered) |

## NOTICE OF APPEARANCE

COMES NOW George W. Healy, IV of GEORGE W. HEALY, IV & ASSOCIATES, and enters his appearance as local counsel of record on behalf of Forrest Lewis, Jr., and asks the Clerk to note this on her records and, in addition, that copies of all pleadings entered in this cause be sent to him.

**THIS** the 5th day of February, 2019.

        Respectfully submitted,

        */s/ George W. Healy, IV*
        George W. Healy, IV, MSB No. 2154
        Local Counsel for Forrest Lewis

OF COUNSEL:
George W. Healy, IV & Associates
1323 28th Ave., Suite A
Gulfport, MS  39501
Tel: 228-575-4005
Email:  gwhealyiv@aol.com

## CERTIFICATE OF SERVICE

Service of a true and correct copy of the above and foregoing provided via Notice of Electronic Filing (NEF) through ECF on all parties receiving such notices.

John G. Corlew
Walter B. Loeffler, Jr.
Hugh Ray
Douglas G. Walter
**Attorneys for the Debtors**

William H. Leech, MSB # 1175
Sarah Beth Wilson, MSB # 103650
Christopher H. Meredith, MSB # 103656
Shauncey G. Hunter, MSB # 105189
COPELAND, COOK, TAYLOR & BUSH, P.A.
**Counsel to Trinity Industries, Inc.**


United States Trustee
Office of the US Trustee

    **THIS** the 5th day of February, 2019.


                                    */s/ George W. Healy, IV*