___

SO ORDERED,

*[signature: Katharine M. Samson]*

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: February 5, 2019

The Order of the Court is set forth below. The docket reflects the date entered.
___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FRIEDE GOLDMAN HALTER, INC., et al., | § § | Case No. 01-52173 |
| Debtors. | § § § | (Jointly Administered) |

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

**THIS MATTER** came before the Court on the *Motion for Admission* Pro Hac Vice (the "Motion") filed by Sarah Beth Wilson, a member of Copeland, Cook, Taylor & Bush, P.A., counsel to Trinity Industries, Inc. ("Trinity"), pursuant to Miss. Bankr. L.R. 9010-1, requesting that Omar J. Alaniz be admitted to practice before this Court *pro hac vice* as co-counsel for Trinity in each of the above-captioned consolidated bankruptcy cases (the "Bankruptcy Cases"). The Court, having considered the Motion, finds that it well taken and should be granted as set forth herein.

**IT IS THEREFORE ORDERED**, that Omar J. Alaniz is admitted to practice before this Court *pro hac vice* as co-counsel for Trinity in the Bankruptcy Cases.

##END OF ORDER##

**Prepared and Submitted to the Court By:**

*/s/ Sarah Beth Wilson*
Sarah Beth Wilson, MSB No. 103650
Copeland, Cook, Taylor & Bush, P.A.
600 Concourse, Suite 100
1076 Highland Colony Parkway (Zip—39157)
P.O. Box 6020
Ridgeland, MS  39158
Telephone:  (601) 856-7200
Facsimile:  (601) 856-7626
sbwilson@cctb.com

*Local Counsel for Trinity Industries, Inc.*