U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED

FEB -5 2019

DANNY L. MILLER, CLERK
BY _____ DEPUTY CLERK

RECEIVED

FEB 05 2019

U.S. Bankruptcy Court
Southern District of MS

We are submitting this research request to retrieve the following pleadings and all accompanying exhibits in the case, *In re Friede Goldman Halter*, Case No. 01-52173.

- **Docket No. 4131** AMENDED Plan of Reorganization [Third Joint] Proposed by Certain Debtors & the Official Unsecured Creditors Committee Re: Item # 1981, [ELK], ORIGINAL NIBS DOCKET ENTRY #4073 (Entered: 08/19/2003)

- **Docket No. 4395** OBJECTION to Confirmation of Third Amended Joint Plan T Newlin behalf asbestos claimants Morris Benjamin Connelly, Cleveland Edward Smith, Joseph Carmell Quave, Thomas Wayne Thompson w/cos Re: Item # 1981, [ELK], ORIGINAL NIBS DOCKET ENTRY #4331 (Entered: 10/20/2003)

- **Docket No. 5019** OBJECTION to Claim [Omnibus] for Damages Arising from Asbestos Exposure claim #1163 Estate of Roland Allen; #2174 Morris Connelly; #2171 Joseph Quave; #2172 duplicate 2761 Cleveland Smith; #2173 Thomas Thompson; #2906 Travelers Casualty & Surety Co G Brouphy behalf Trust w/ cos, [ELK], ORIGINAL NIBS DOCKET ENTRY #4951 (Entered: 07/09/2004)

- **Docket No. 5245** ORDER WITHDRAWING Omnibus Objection to Proofs of Claim for Damages Arising from Asbestos Exposure cc: [BNC] Salvati Walter Draper Cleveland Smith Est of Roland Allen Joseph Quave Morris Connelly Thomas Thompson Travelers UST Re: Item # 5019, [ELK], ORIGINAL NIBS DOCKET EN TRY #5177 (Entered: 07/22/2004)

- **Docket No. 5771** ORDER Disallowing Claim[s] Estate of Roland Allen claim #1163 Morris Connelly #2174 Joseph Quave #2171 Cleveland Smith #2172 & #2761 Thomas Thompson #2173 Travelers Casualty & Surety Co #2906 OB 2004 VOL II Pgs 1963-1966 cc: Salvati Walter Draper UST all parties Re: Item # 5171, [ELK], ORIGINAL NIBS DOCKET ENTRY #5703 (Entered: 10/06/2004)

- **Docket No. 5804** RESPONSE of Certain Asbestos Personal Injury Claimants to Omnibus Objection of Liquidating Trustee A Rich behalf Morris Benjamin Morris Cleveland Edward Smith Joseph Carmell Quave Thomas Wayne Thompson w/cos[Moot-Objection withdrawn by order 7/22/04 dk #5177] Re: Item # 5019, [ELK], ORIGINAL NIBS DOCKET ENTRY #5736 (Entered: 10/13/2004)

- **Docket No. 6045** ORDER Disallowing Claim[s] Asserting Personal Injury By Non-Employee Workers Estate of Roland Allen #1663; Anthony Barfield #1895; Steven C Barkley #1636; Cecil Birchfield #387 & 667; Wayne M Babovich #2135 & 3132; Ruben Cisneros #2515; Jerry Cobb #692; Jerry Glen & Carol Cobb #691 ; Morris Connelly #2174; Jimmy Dinscore #3160; Mark Dishman #1353; Jose Flores #1982 & 1983; David Gibson #1608; Jerry Glen #690; Joel Hughes #2721; Fred Jackson #689 & 693; Mike Jacobellis #3379; Vinicio Jaramillo #3147; James Larson #1619; James Malone #1108 & 1111; Elmer Moore #3204; Chester Morrison #3107; Joseph Quave #2171; Cleveland #2172; Cedrick S Thomas Jr #3248; Thomas Thompson #2173; Urgent Care Medical Center #296 OB 2004 Vol II Pgs 2601-2605 cc: Salvati Walter Draper UST all parties Re: Item # 5080, [ELK], ORIGINAL NIBS DOCKET ENTRY #5977 (Entered: 12/14/2004)

- **Docket No. 6153** CONSENT ORDER Resolving Objection to Proofs of Claim Asserting Personal Injury Claims by Non-Employee Workers court order of 12/14/04 #5977 vacated as to claims #2171 2172 2173 2174 only Tr & claimants agree that claimants have right to proceed w/litigation against app licable insurance carriers & are granted limited relief from automatic stay to extent necessary permanent injunction provisions set forth in 10.10 of Plan enjoins claimants from collection or recovery against db or Liquidating Tr but not against insurance carriers nothing in this order shall have effect on rights of claimants to assert any liability against any non-Db party claim #2174 Morris Connelly; #2171 Joseph Quave; #2172 Cleveland Smith; #2173 Thomas Thompson OB 2005 Vol II Pgs 183-186 cc: Salvati Walter Draper UST all parties Re: Item # 5080, [ELK], ORIGINAL NIBS DOCKET ENTRY #6085 (Entered: 01/07/2005)

Please contact me via telephone (202-862-7848) or email (cguerrero@capdale.com) should you have any questions or concerns.

Sincerely,

Cecilia Guerrero
Senior Paralegal
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, D.C. 20005
Telephone: (202) 862-7848
Facsimile: (202) 429-3301
cguerrero@capdale.com

*[Handwritten note:] Recieved at front Counter from Billy Wessler. 228 863-3686*