```
          UNITED STATES
         BANKRUPTCY COURT
    SOUTHERN DISTRICT OF MISSISSIPPI
         GULFPORT DIVISION

  # 605579    - SW
 February 05, 2019
       15:05:07
   RECORDS SEARCH F
    01-52173-KMS11
Debtor.: FRIEDE GOLDMAN HALTER, INC.
Amount.:                    $31.00 CH
Check#.: 13510

Total-> $31.00
FROM: WILLIAM P WESSLER ATTY
```