___

**SO ORDERED,**

*[signature]*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: February 6, 2019**

The Order of the Court is set forth below. The docket reflects the date entered.
___

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FRIEDE GOLDMAN HALTER, INC., et al.** | § | **CASE NO. 01-52173-KMS** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |

___

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*
(Dkt #8054)

**THIS MATTER** came before the Court on the *Motion for Admission* Pro Hac Vice (the "Motion") filed by George W. Healy, IV, a member of George W. Healy, IV & Associates, counsel to Forrest Lewis, Jr., pursuant to Miss. Bankr. L.R. 9010-1, requesting that Barrett B. Naman be admitted to practice before this Court *pro hac vice* as co-counsel for Forrest Lewis, Jr. in each of the above-captioned consolidated bankruptcy cases (the "Bankruptcy Cases"). The Court, having considered the Motion, finds that it well taken and should be granted as set forth herein.

**IT IS THEREFORE ORDERED**, that Barrett B. Naman is admitted to practice before this Court *pro hac vice* as co-counsel for Forrest Lewis, Jr. in the Bankruptcy Cases.

##END OF ORDER##

Prepared and Submitted to the Court By:

/s/ George W. Healy, IV
George W. Healy, IV, MSB No. 2154
George W. Healy, IV & Associates
1323 28th Ave., Suite A
Gulfport, MS 39501
Tel: 228-575-4005
Email: gwhealyiv@aol.com
*Local Counsel for Forrest Lewis, Jr.*