```
        UNITED STATES
       BANKRUPTCY COURT
   SOUTHERN DISTRICT OF MISSISSIPPI
       GULFPORT DIVISION

 # 605580    - SW
 February 06, 2019
      16:37:33
   ARCHIVE RETRIEVA
   01-52173-KMS11
Debtor.: FRIEDE GOLDMAN HALTER, INC.
Amount.:                  $64.00 CH
Check#.: 13512
   ARCHIVE RETRIEVA
   01-52173-KMS11
Debtor.: FRIEDE GOLDMAN HALTER, INC.
Amount.:                  $39.00 CH
Check#.: 13512

Total->  $103.00
FROM: WILLIAM P WESSLER ATTY
      PO BOX 175
      GULFPORT, MS 39501
```